IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL J. ZUEGE, JR.,

                Plaintiff,

  v.

DANIEL KNOCH, ROBERT LAZORIK and
WISCONSIN PATIENT COMPENSATION FUND,

                Defendants.

ORDER

09-cv-451-vis

---

        In an order entered November 19, 2009, I denied plaintiff's motion to compel defendants Knoch and Lazorik to produce a copy of plaintiff's medical records from the University of Wisconsin Hospital and Clinics. I explained to plaintiff that he should be able to send a written request directly to the University of Wisconsin Hospital and Clinics to obtain a copy of his records. Now plaintiff has submitted a letter to the court requesting a subpoena for the production of his medical records. He does not indicate on the document that he sent a request to the University of Wisconsin Hospital and Clinics as I instructed him to do in the November 19 order.

        Plaintiff should be able to obtain a copy of his medical file simply by writing to the University of Wisconsin Hospital and Clinics and asking that the records he wants be sent to him. Plaintiff's request for the issuance of a subpoena will be denied.

ORDER

        IT IS ORDERED that plaintiff's request for the issuance of a subpoena, dkt. 48, is DENIED.

Entered this 3rd day of December, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge