IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL J. ZUEGE, JR.,

    Plaintiff,

v.

DANIEL KNOCH, ROBERT LAZORIK,
UW HOSPITAL AND CLINICS and
BAUSCH AND LOMB INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-451-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

1) dismissing defendant University of Wisconsin Hospital and Clinics for plaintiff's failure to state a claim upon which relief may be granted;

2) dismissing defendant Bausch and Lomb, Inc. for plaintiff's failure to comply with Fed. R. Civ. P. 8; and

3) granting defendants Daniel Knoch and Robert Lazorik's motion for summary judgement on plaintiff's claims that defendants were deliberately indifferent to his serious medical need.

IT IS FURTHER ORDERED AND ADJUDGED that given that no federal claim remains, the court declines to exercise supplemental jurisdiction over plaintiff's claim that defendants Daniel Knoch and Robert Lazorik committed medical malpractice and this claim is dismissed without prejudice.

_Peter Oppeneer_     10/5/10
Peter Oppeneer, Clerk of Court     Date