IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL J. ZUEGE, JR.,

                Plaintiff,                                  ORDER

    v.

                                                            09-cv-451-wmc

DANIEL KNOCH, ROBERT LAZORIK,
UW HOSPITAL AND CLINICS and
BAUSCH AND LOMB INC.,

                Defendants.

---

Judgment was entered on October 5, 2010, granting defendants' motion for summary judgment on plaintiff Michael J. Zuege Jr.'s federal law claim and dismissing the state law claims without prejudice.  Now Zuege has filed a notice of appeal and a request for leave to proceed on appeal *in forma pauperis*.

Because Zuege is not incarcerated and was granted leave to proceed *in forma pauperis* in this court, he "may proceed on appeal *in forma pauperis* unless the district court shall certify that the appeal in not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Fed. R. App. P. 24(a).  The court is unable to certify that the appeal is not taken in good faith and sees no other reason to deny plaintiff's request to proceed *in forma pauperis*.

ORDER

IT IS ORDERED that plaintiff Michael J. Zuege Jr.'s motion for leave to proceed *in*

*forma pauperis* on appeal, dkt. #91, is GRANTED.

Entered this 13th day of October, 2010.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge